UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD ABDEL KHALEK,<br><br>              Plaintiff,<br><br>v.<br><br>SAN DIEGO TROLLEY, INC., et al.,<br><br>              Defendants. | Civil No. 06cv2191-JM(BLM)<br><br>**ORDER SETTING HEARING DATE AND EXPEDITED BRIEFING SCHEDULE** |

On September 18, 2007, Defendants' counsel requested a hearing date for a motion to compel. This order sets forth a hearing date and briefing schedule for that motion:

    1.   Defendant shall file the aforementioned discovery motion on or before **September 19, 2007**;

    2.   Plaintiff's opposition to this motion shall be filed on or before **September 26, 2007**; and,

    3.   No reply shall be filed.

///

///

///

1    A hearing date of **October 3, 2007** at **2:30 p.m.** is assigned. 
2 However, *pursuant to Local Rule 7.1(d)(1), the matter will be* 
3 *resolved without oral argument and no personal appearances on the* 
4 *hearing date should be made.*
5    **IT IS SO ORDERED.**
6 DATED:   September 18, 2007

  *[signature: Barbara L. Major]*

  BARBARA L. MAJOR
  United States Magistrate Judge

13 COPY TO:

14 HONORABLE JEFFREY T. MILLER
   UNITED STATES DISTRICT JUDGE

   ALL COUNSEL AND PARTIES